UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    12-cr-00238-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   BLAS HUMBERTO GUTIERREZ-LUJAN, a/k/a Able Gutierrez, a/k/a Raudel Rodriguez,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.   To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, June 25, 2012,** and responses to these motions shall be filed by **Tuesday, July 10, 2012.**   It is

FURTHER ORDERED that counsel shall request that the Court schedule a hearing on all pending motions, if necessary, and final trial preparation conference at a future date not later than **20 days prior to the trial date**.   It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, August 27, 2012, at 9:00 a.m. in courtroom A-1002.**

    Dated:   June 6, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE