UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00238-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BLAS HUMBERTO GUTIERREZ-LUJAN, a/k/a Able Gutierrez, a/k/a Raudel Rodriguez,

    Defendant.

## ORDER

THIS MATTER comes before me on defense counsel's Motion to Quash Show Cause Order (ECF No. 24), which the Court construes as a response to my Order to Show Cause, dated October 24, 2012 (ECF No. 21). After reviewing counsel's statements in the response, I find that the Order to Show Cause should be discharged, and no sanctions will be imposed at this time. However, the parties are on notice that any future violations of this Court's local rules or my Practice Standards will not be tolerated and appropriate sanctions will be imposed. Accordingly, it is

ORDERED that based on the representations made in the Motion to Quash Show Cause Order (ECF No. 24), which the Court construes as a response, the Order to Show Cause (ECF No. 21) is hereby **DISCHARGED**.

Dated: November 5, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge